

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
BETSY C. JEFFERIS, ESQ.
Nevada Bar No. 12980
E-mail: Betsy.Jefferis@wilsonelser.com
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Shanell Byias | Case No.: 2:20-cv-731-APG-VCF |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation and Order to Remand** |
| LVGV, LLC d/b/a The M Resort, Spa, and Casino d/b/a Vig Deli, a Nevada Limited Liability Company; The Burks Companies, Inc., a Foreign Corporation; Does I through X and Roe Corporations I through X, inclusive, | |
| Defendants. | |

Plaintiff Shanell Byias and defendant LVGV, LLC are the only parties to appear thus far. They stipulate that 1) no judgment will be entered in this matter exceeding $75,000.00; and 2) this case may be remanded to state court.

| WILSON ELSER | THE GALLIHER LAW FIRM |
|---|---|
| BY: /s/ Michael P. Lowry | BY: /s/ Keith E. Galliher |
| MICHAEL P. LOWRY, ESQ. | KEITH E. GALLIHER, ESQ. |
| Nevada Bar No. 10666 | Nevada Bar No. 220 |
| BETSY C. JEFFERIS, ESQ. | 1850 E. Sahara Ave., Suite 107 |
| Nevada Bar No. 12980 | Las Vegas, Nevada 89104 |
| 300 South 4th Street, 11th Floor | Attorneys for Shanell Byias |
| Las Vegas, NV 89101-6014 | |
| Attorneys for LVGV, LLC | |

**IT IS SO ORDERED.**

Dated: April 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

1595172v.1